# United States Court of Appeals
## For the First Circuit

Nos. 10-2384; 10-2450

JOHN ANDERSON, JESSICA CHOATE, MICHAEL CYR,
ELIZABETH DOWD, STEVE EARLEY, CYNDI FEAR, THOMAS FEAR,
MARK FOLLANSBEE, CARLTON GREELY, ROBERT HANSON,
BRUCE HATCH, PAULINE HATCH, JOHN HUTCHINGS, NANCY HUTCHINGS, ROBERT
JENKINS, PAMELA LAMOTTE, PAMELA MERRILL, JEANNE SMITH, EILEEN
TURCOTTE, LORI VALBURN AND PAMELA WILLIAMS,

Plaintiffs, Appellants/Cross-Appellees,

v.

HANNAFORD BROTHERS CO.,

Defendant, Appellee/Cross-Appellant,

DELHAIZE AMERICA INC., and KASH N' KARRY FOOD STORES INC.,

Defendants, Appellees.

**JUDGMENT**

Entered: October 20, 2011

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is reversed in part and affirmed in part. No costs are awarded.

By the Court:

/s/ Margaret Carter, Clerk

cc: Hon. D. Brock Hornby, Ms. Christa K. Berry, Clerk, United States District Court for the District of Maine, Mr. Barnow, Mr. Johns, Mr. Strutins, Mr. Leonard. Ms. Connors, Mr. Mcrae, Mr. Ruprecht, Ms. May, Mr. Bushell, Mr. Rothstein, Mr. Metcalf,  Mr. Kreis, Mr. Schork, Mr. McCarthy, Mr. McCord, Mr. Bushman, Mr. Myers, Mr. Sheller, Mr. Whatley, Mr. Yanchunis, Mr. Hatch, Mr. Hinck, Mr. Lambrias, Mr. Sauder, Mr. Dunlap, Mr. Wezler, Mr. Fitzgerald, Mr. Harke, Mr. Saul, Mr. Pruss, Mr. Wites, Mr. Oakes, Mt. Fantini, Mr. Breit, Mr. Overholtz, Ms. Bradick, Mr. Geraghty, Mr. Murray, Mr. Zinober, Ms. Momblanco, Mr. Wyatt, Mr. Coffman, Mr. Stolt, Ms. Liebenberg, Mr. Lanham. Ms. Engel, Mr. Dimond, Ms. Savett, Mr. Thaxter,  Mr. Newman, Mr. Shapiro, Mr. Douglas, Mr. Urmy, Mr. Ryan & Mr. Kayatta.